IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

USDC CLERK, CHARLESTON
RECEIVED
2023 JUN 23  AM 9: 18

Marcus Marsh

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

K. Nolte, RN(HSA); Cpt.D. Brown, RN (AHSA);
S. Hoey, Clinical Director; R. Dominici, MD;
Nurse Mims,

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Prisoner Complaint)

2:23-cv-2950-MGL-MGB

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes    ☑ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis.*

1

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.   Attach additional pages if needed.

Name   Marcus Marsh

All other names by which you have been known:

MARCUS MARSH

ID Number   33070-171

Current Institution   FCI Williamsburg

Address   PO Box 340

Salters, SC 29590

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.   Make sure that the defendant(s) listed below are identical to those contained in the above caption.   For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.   Attach additional pages if needed.

Defendant No. 1

Name   K. Nolte

Job or Title   Register Nurse, Health Services Administ.
(if known)

Shield Number   Unknown

Employer   Unknown / Bureau of Prison

Address   Unknown

☑ Individual capacity          ☐ Official capacity

Defendant No. 2

Name   Cpt. Brown

2

Job or Title
(if known)        _Registered Nurse, Assist. Health Services_ \
Shield Number     _unknown_
Employer          _unknown_
Address           _unknown_
                  _unknown_

☑ Individual capacity          ☐ Official capacity

Defendant No. 3

Name              _S. Hoey_
Job or Title
(if known)        _Clinical Director_
Shield Number     _unknown_
Employer          _unknown_
Address           _unknown_
                  _unknown_

☑ Individual capacity          ☐ Official capacity

Defendant No. 4

Name              _R. Dominici,_
Job or Title
(if known)        _MD_
Shield Number     _Unknown_
Employer          _Unknown_
Address           _Unknown_
                  _Unknown_

☑ Individual capacity          ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A.   Are you bringing suit against *(check all that apply)*:

☑   Federal officials (a *Bivens* claim)

☐   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

N/A

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Cruel and Unusual Punishment; Right to receive medical care

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant failed to exercise the standard practice of medical care while being made aware through many recorded notices and confirmation through reported med. dehabilitation.

III.  **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

4

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

☐    Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

At Health Services in the medical sector of the complex of FCI Williamsburg, S.C.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

From February 2021 to date.

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The five listed defendants failed through medical negligence to provide me with the necessary care to treat my internal bleeding.

5

recording from Feburary 2022 until 2023. The herein defendants also misdiagnosed me, prescribed wrong medications and my medical condition worsened which is all documented.

## V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I initially was experiencing abdominal pain that was later to be determined to be Ulcer colitis. Following diagnosis, I was then given multiple blood transfusions. Furthermore, I was also treated for Atrial Fibrillation, a heart condition that also resulted in the Healths services' negligence in taking over 10 months of repeated request to medical. Now Im prescribed medications for anemia. My sight also deteriorated "loss of vision" as a result.

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want the court to review all medical documented records, inmate requests to Health Services, evidence(s) and caselaws, and grant a sum value of $350,000 for medical damages, mental health (psychological)/emotional trauma due to prolonged response resulting in above damages.

## VII.     Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Federal Correctional-Williamsburg in Salters, South Carolina.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of them.

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

BP-8   FCI Williamsburg
BP-9   FCI Williamsburg — Warden
BP-10  Southeast Regional Office
BP-11  Department of Justice Office

2.    What did you claim in your grievance?

Denial of medical attention, Failure to administer medical treatment resulting in sustained injury, progressive dehabilitation of codition, loss of vision as a result.

3.    What was the result, if any?

Denial

4.    What steps, if any, did you take to appeal that decision?   Is the grievance process completed?   If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

As mentioned above No. 1, pg. 8 of this document. In addition to above-mentioned a Tort Claim was also filed.

8

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:



2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Currently, I am awaiting to retain access to my inmate property where the administrative papers can be later added to the record.

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes

    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.



N/A

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?



☐   Yes

☐   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   N/A
Defendant(s)   N/A

2.   Court *(if federal court, name the district; if state court, name the county and State)*   N/A

3.   Docket or index number   N/A

4.   Name of Judge assigned to your case   N/A

5.   Approximate date of filing lawsuit   N/A

6.   Is the case still pending?

☐   Yes          N/A

☐   No

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*



C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

Plaintiff(s) _____ N/A

Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*



3. Docket or index number _____ N/A

4. Name of Judge assigned to your case _____ N/A

5. Approximate date of filing lawsuit _____ N/A

6. Is the case still pending?

☐ Yes

☐ No

11

If no, give the approximate date of disposition. _____ N|A _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N|A _____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: ___15th of June 2023___

Signature of Plaintiff        _M. J. M_

Printed Name of Plaintiff    Marcus T. Marsh

Prison Identification #    33070-171

Prison Address    FCI Williamsburg    PO Box 340

Salters    ,    SC    29590

City                State            Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

12

Address          _____

Telephone Number  _____

E-mail Address    _____